## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:  Walter Hutton aka Walter T Hutton    ) | Case No.  15-22042-AMN |
| ) | Chapter 13 Proceeding |
| Debtor    ) | December 2, 2015 |

### NOTICE OF APPEARANCE AND REQUEST FOR
### ALL NOTICES AND PLEADINGS

Andrew S. Cannella of the firm of Bendett & McHugh, P.C. hereby appears on behalf of **HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed Pass-Through Certificates** and requests that, pursuant to Bankruptcy Rule 2002(g), Andrew S. Cannella, Esq. of Bendett & McHugh, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders, and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

> **Andrew S. Cannella, Esq.**
> **Bendett & McHugh, P.C.**
> **270 Farmington Avenue, Suite 171**
> **Farmington, CT  06032**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 2nd day of December, 2015.

By */s/ Andrew S. Cannella*
   Andrew S. Cannella
   Movant's Attorney
   Federal Bar No.ct13590
   Bendett & McHugh, P.C.
   270 Farmington Avenue, Suite 171
   Farmington, CT  06032
   Phone: (860) 677-2868
   Fax: (860) 409-0626
   Email: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 2nd day of December, 2015, a copy of the foregoing was served to the following:

Walter Hutton aka Walter T Hutton
Debtor
23 Sargeant Street
Hartford, CT 06105
*Via First Class Mail*

Molly T. Whiton, Esq.
Trustee
*Via Electronic Notice of Filing*

Suzann L. Beckett, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

By */s/ Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com