## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Walter Hutton aka Walter T Hutton | ) | Case No. 15-22042-amn |
| Debtor | ) | Chapter 13 Proceeding |
| | ) | January 13, 2016 |

### OBJECTION TO CONFIRMATION OF PLAN

The Creditor, **HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed Pass-Through Certificates,** hereby objects to confirmation of the Debtor's Chapter 13 Plan dated November 26, 2015 in connection with the above referenced matter for the following reasons:

1. The Chapter 13 Plan does provide for the re-payment of the Creditor's Secured claim, estimated to be $30,521.83, which claim matured on or about November 1, 2014. The Creditor anticipates filing its Proof of Claim on or before the deadline for filing claims.

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

Case 15-22042    Doc 17    Filed 01/13/16    Entered 01/13/16 14:40:44    Desc Main
                    Document      Page 2 of 2

## CERTIFICATION OF SERVICE

I hereby certify that on this 13th day of January, 2016, a copy of the foregoing was served to the following:

Walter Hutton aka Walter T Hutton
Debtor
23 Sargeant Street
Hartford, CT 06105
*Via First Class Mail*

Molly T. Whiton, Esq.
Trustee
*Via Electronic Notice of Filing*

Suzann L. Beckett, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com