```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
--------------------------------x
In re:                                    Chapter 13
                                          Case No. 15-22042
    Walter Hutton,
                                          NOTICE OF APPEARANCE
                                          AND DEMAND FOR SERVICE
                                          OF PAPERS

                    Debtor(s).
--------------------------------x
```

**PLEASE TAKE NOTICE**, that Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, N.A., as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed Pass-Through Certificates (hereinafter, "Movant"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

```
            LEOPOLD & ASSOCIATES, PLLC
               Attorneys for Movant
          80 Business Park Drive, Suite 110
                Armonk, New York 10504
                    914-219-5787
```

**PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint

or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of Movant with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:   New York, New York
         March 17, 2016

```
                                LEOPOLD & ASSOCIATES, PLLC
                                /S/ MICHAEL T. ROZEA_____
                                By: MICHAEL T. ROZEA
                                Attorneys for Movant
                                80 Business Park Drive, Suite 110
                                Armonk, New York 10504
                                914-219-5787
```

To:

**Walter Hutton**
Debtor
23-25 Sargeant Street
**Hartford, CT 06105**

**Suzann L. Beckett**
Attorney for Debtor
Beckett Law LLC
543 Prospect Ave
Hartford,, CT 06105

**Molly T. Whiton**
Standing Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT 06106

**U. S. Trustee**
U.S. Trustee
Office of the United States Trustee
150 Court Street, Room 302
New Haven, CT 06510

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
--------------------------------x
In re:                                  Chapter 13
                                        Case No. 15-22042
        Walter Hutton,
                                        AFFIRMATION OF SERVICE


                        Debtor(s).
--------------------------------x
```

     Michael T. Rozea, an attorney duly admitted to practice law before the District Courts of the State of Connecticut, respectfully represents:

     Deponent is over 18 years of age and resides in the State of New York.

     That on March 17, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Suzann L. Beckett**
Attorney for Debtor
Beckett Law LLC
543 Prospect Ave
Hartford,, CT 06105

**Molly T. Whiton**
Standing Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT 06106

**U. S. Trustee**
U.S. Trustee
Office of the United States Trustee
150 Court Street, Room 302
New Haven, CT 06510

And, I hereby represent that on March 17, 2016, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Walter Hutton**
Debtor
23-25 Sargeant Street
**Hartford, CT 06105**

                                        /S/Michael T. Rozea_____
                                            MICHAEL T. ROZEA