**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-22042 AMN |
| WALTER HUTTON | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| WALTER HUTTON | : | |
| MOVANT | : | |
| | : | |
| VS. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| RESPONDENT | : | |

**JOINDER OF THE METROPOLITAN DISTRICT TO OCWEN LOAN SERVICING'S**
**OPPOSITION TO DEBTOR'S MOTION TO DETERMINE SECURED STATUS**

The Metropolitan District (the "**MDC**") files this joinder (the "**Joinder**") to Ocwen Loan Servicing, LLC's Opposition to Debtor's Motion to Determine Secured Status ("**Ocwen's Opposition**"). In support of this Joinder, the MDC respectuflly states as follows:

The MDC joins in Ocwen's Opposition (Document I.D. No. 39) to the Debtor's Motion to Determine Secured Claims Status pursuant to 11 U.S.C. §506(a) (Document I.D. No. 33) (the "**Motion**") and requests that the court deny the Motion for the reasons stated in Ocwen's Opposition.

Dated at Bloomfield, Connecticut in said District on May 16, 2016

                                        The Metroploiatin District

                                        /s/Mitchell J. Levine
                                        Mitchell J. Levine
                                        Federal Bar No. CT 07985
                                        Law Offices of Nair & Levin, P.C.
                                        707 Bloomfield Avenue
                                        Bloomfield, CT 06002
                                        Telephone No. 860-692-3164
                                        Fax No. 860-242-2980
                                        e-mail address: mlevine@nairlevin.com

**UNTIED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

IN RE
WALTER HUTTON                                            : CASE NO. 15-22042 AMN
                                                         : CHAPTER 13
DEBTOR(S)

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 16th day of May, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in Schedule A attached hereto.

   1) a copy of The Metropolitan District's Joinder to Ocwen's Opposition to Debtor's Motion to Determine Secured Status.

Dated at Bloomfield, Connecticut this 16th day of May, 2016

                                        The Metroploiatin District

                                        /s/Mitchell J. Levine
                                        Mitchell J. Levine
                                        Federal Bar No. CT 07985
                                        Counsel for Santander Consumer Usa Inc.
                                        Law Offices of Nair & Levin, P.C.
                                        707 Bloomfield Avenue
                                        Bloomfield, CT 06002
                                        Telephone No. 860-692-3164
                                        Fax No. 860-242-2980
                                        e-mail address: mlevine@nairlevin.com

## **SCHEDULE A**

**Parties Served Via First Class Mail**
**Walter Hutton**
23 Sargeant Street
Hartford, CT 06105
*(Debtor)*

**Parties Served via e-mail on the Court's ECF System**

Debtors(s)' Attorney:
**Suzann L. Beckett**
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
SuzannB@Beckett-Law.com

**David Lavery**
Beckett Law LLC
543 Prospect Avenue
Hartford, CT 06105
davidl@beckett-law.com

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Molly T. Whiton**
10 Columbus Boulevard
Hartford, CT 06106
mtwhiton@mtwhiton.com
*(Trustee)*

**City of Hartford**
**Cynthia Lauture**
City of Hartford
Office of the Corporation Counsel
550 Main Street
Hartford, CT 06103
cynthia.lauture@hartford.gov

**HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed Pass-Through Certificates**
**Andrew S. Cannella**
Bendett & McHugh, P.C.
270 Farmington Avenue
Suite 171
Farmington, CT 06032
bkecf@bmpc-law.com

**Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, N.A., as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed Pass-Through Certifi**

**Michael T. Rozea**
Leopold & Associates PLLC
80 Business Park Drive
Suite 1100
Armonk, NY 10504
mrozea@leopoldassociates.com

**State of CT, Department of Social Services, Bureau of Child Support Enforcement**
**Jonathan E. Harding**
CT Office of the Attorney General
55 Elm Street
Hartford, CT 06106
jonathan.harding@ct.gov

**State of CT,Dept. of Revenue Services**
**Linda A. Russo**
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
linda.russo@ct.gov