UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re | Case no.: 15-22042 |
|---|---|
| WALTER HUTTON,<br>Debtor. | Chapter 13 |

## CERTIFICATE OF SERVICE OF
## FIRST APPLICATION FOR COMPENSATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, and 7004, the undersigned certifies that the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. Documents Served:
    a. First Application for Compensation
    b. Proposed Order
    c. Notice of Hearing

2. Parties Served Via First Class Mail on July 22, 2016:
    a. Walter Hutton, 23 Sargeant Street, Hartford, CT 06105
    b. Cavalry SPV I, LLC as assignee of CitiFinancial
       c/o Cavalry Portfolio Services, LLC
       Attn.: Raymond Cruz, Bankruptcy Specialist
       500 Summit Lake Drive, Ste. 400
       Valhalla, NY 10595

3. Parties Served Electronically on June 2, June 3, 2016:
    a. Andrew S. Cannella on behalf of Creditor HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed Pass-Through Certificates (bkecf@bmpc-law.com)
    b. Jonathan E. Harding on behalf of Creditor State of CT, Department of Social Services, Bureau of Child Support Enforcement (jonathan.harding@ct.gov)
    c. Cynthia Lauture on behalf of Creditor City of Hartford (cynthia.lauture@hartford.gov)
    d. David Lavery on behalf of Debtor Walter Hutton (dlavery@ctfairhousing.org)
    e. Mitchell J. Levine on behalf of Creditor The Metropolitan District (MLevine@nairlevin.com)
    f. Michael T. Rozea on behalf of Creditor Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, N.A., as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed Pass-Through Certifi (mrozea@leopoldassociates.com)
    g. Donna Hoffman on behalf of Creditor Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, N.A., as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-SD1, Asset Backed

      Pass-Through Certifi (donna.hoffmanesq@gmail.com)
  h. Linda A. Russo on behalf of Creditor State of CT, Dept. of Revenue Services (linda.russo@ct.gov)
  i. U. S. Trustee (USTPRegion02.NH.ECF@USDOJ.GOV)
  j. Molly T. Whiton (mtwhiton@mtwhiton.com)
  k. Lauren M. Nash on behalf of the United States, Internal Revenue Services (lauren.nash@usdoj.gov)

Dated: July 22, 2016                    /s/ Suzann Beckett
                                        Suzann Beckett (ct02186)
                                        Beckett Law, LLC
                                        543 Prospect Avenue
                                        Hartford, CT   06105
                                        T:   (860) 236-1111
                                        F:   (860) 236-0050
                                        SuzannB@Beckett-Law.com