## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re Walter Hutton

| | |
|---|---|
| Walter Hutton )<br>Debtor, )<br> )<br>v. )<br> )<br>State of Connecticut; City of Hartford· )<br>Metropolitan District Commission; HSBC )<br>Bank USA, N.A. as Trustee for the )<br>Registered Holders of ACE Securities Corp. )<br>Home Equity Loan Trust Series 2004-SD1, )<br>Asset Backed Pass-Through Certificates; )<br>Cavalry SPV I, LLC; Internal Revenue )<br>Service; Portfolio Recovery Associates, LLC;)<br>Department of Revenue Services )<br>Creditors ) | Case no.: 15-22042<br>Chapter 13 |

### Stipulation as to Priority of Liens
### October 14, 2016

1. Walter Hutton (the "Debtor") is the sole debtor in the above referenced action as defined under Chapter 13 of 11 U.S.C.

2. The Debtor filed a voluntary Chapter 13 bankruptcy petition, on or about November 26, 2015, pursuant to 11 U.S.C. §301, which petition created a bankruptcy estate pursuant to 11 U.S.C. §541.

3. The bankruptcy estate includes, inter alia, the Debtor's interest in certain real property know as 23-25 Sargent Street, Hartford, Connecticut.

4. The Debtor occupies the property located at 23-25 Sargent Street, Hartford, Connecticut and would ask the Court to take judicial notice of the value of said property, referred to in the Debtor's Petition, and represents a value of $59,900.00

5. The City of Hartford (the "City") is a creditor in the above referenced action as defined under 11 U.S.C. §101(10), by virtue of a blight lien recorded July 11, 2013 in the

1

Hartford Land Records in Volume 6707 at Page 145.

6. HSBC Bank USA, N.A. as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2004-SD1 Asset Backed Pass-Through Certificates (the "HSBC") is a creditor in the above referenced action as defined under 11 U.S.C. §101(10), by virtue of a mortgage originally in favor of Northeast Savings Bank, F.A. in the original principle amount of $61,700 dated October 29, 1984 and recorded October 30, 1984 in the Hartford Land Records in Volume 2219 at Page 271. The mortgage was subsequently assigned by virtue of an assignment of mortgage to HSBC and said assignment dated November 12, 2003 and recorded March 5, 2013 in the Hartford Land Records in Volume 6652 at Page 80.

7. Upon information and belief, HSBC is also the owner of the note and Ocwen Loan Servicing, LLC is the designated servicer for the loan.

8. At the time of filing, the Debtor's real property was subject to the following encumbrances:

   a. **A mortgage in favor of Northeast Savings Bank, F.A. in the original principle amount of $61,700 dated October 29, 1984 and recorded October 30, 1984 in the Hartford Land Records in Volume 2219 at Page 271; said mortgage was subsequently assigned to HSBC Bank, N.A. as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2004-SD1, Asset Backed Pass-Through Certificates by instrument dated November 12, 2003 recorded March 5, 2013 in the Hartford Land Records in Volume 6652 at Page 80, and, upon information and belief, subsequently modified by an unrecorded loan modification agreement, with a balance due as of the petition date of $30,521.83.**

   b. A certificate of suppor' lien in favor of the State of Connecticut Department of Social Services in the original principle amount of $0.00 recorded October 1, 1996 in the Hartford Land Records in Volume 3741 at Page 187 and, as of the petition date, has a balance of approximately $0.00.

   c. A certificate of support lien in favor of the State of Connecticut Department of Social Services in the original principle amount of $500.00 recorded September

16, 1999 in the Hartford Land Records in Volume 4149 at Page 18, and a balance as of the petition date of approximately $1,875.74.

    d. A federal tax lien in favor of the Internal Revenue Service in the original principal amount of $37,486.94 recorded April 7, 2009 in the Hartford Land Records in Volume 6203 at Page 262, and a balance due as of the petition date of approximately $5,081.82.

    e. A judgment in favor of Portfolio Recovery Associates, LLC in the original principle amount of $2 285.56 recorded May 5, 2011 in the Hartford Land Records in Volume 6441 at Page 40, and a balance due as of the petition date of approximately $2,285.56.

    f. A judgment in favor of Calvary SPV I, LLC in the original principal amount if $1,296.08 dated June 11, 2012 and recorded July 10, 2012 in the Hartford Land Records in Volume 6572 at Page 315, and a balance as of the petition date of approximately $376.08.

    g. A tax lien in favor of the City of Hartford in the original principal amount of $124.80 recorded May 28, 2013 in the Hartford Land Records in Volume 6686 at Page 328, and a balance as of the petition date of approximately $0.00.

    h. A state tax lien in favor of the Department of Revenue Services in the original principle amount of $1,562.03 recorded July 2, 2013 in the Hartford Land Records in Volume 6704 at Page 86, and a balance as of the petition date of approximately $1,974.12.

    i. **A blight lien in favor of the City of Hartford in the original principle amount of $57,908.00 recorded July 11, 2013 in the Hartford Land Records in Volume 6707 at Page 145, and a balance as of the petition date of approximately $57,903.00.**

    j. **A water utility lien in favor of the Metropolitan District Commission in the original principle amount of $1,018.58 recorded January 14, 2014 in the Hartford Land Records in Volume 6775 at Page 147, and a balance as of the petition date of approximately $4,925.56.**

    k. A tax lien in favor of the City of Hartford in the original principle amount of $1,238.06 recorded June 5, 2014 in the Hartford Land Records in Volume 6823 at Page 188, and a balance as of the petition date of approximately $0.00.

    l. A tax lien in favor of the City of Hartford in the original principle amount of $124.82 recorded June 9, 2015 in the Hartford Land Records in Volume 6944 at Page 147, and a balance as of the petition date of approximately $1,771.36.

9. The liens emboldened above possess the first 3 priority positions. The Metropolitan District Commission, by virtue of C.G.S. §7-254, should have the first priority of claims.

HSBC's mortgage would normally come next given its recordation date of 1984. This, of course, would follow the well-established principle of "first to record, first to right." However, upon information and belief, the loan was modified in 2011 and went unrecorded. The City also would normally enjoy priority after the Metropolitan District by virtue of C.G.S. 7-148aa. However, the legislature specified that liens under that statute take precedence over all other liens filed after July 1, 1997. This language dictates that the mortgage should have priority over the blight lien.

10. During the pendency of this case, the parties have attended hearings and conducted a multitude of discussions regarding priority between HSBC and the City's blight lien.

11. The parties hereby stipulate that the facts specific to this case present unique issues in determining the priority of the previously identified liens.

12. WHEREFORE, the parties stipulate and consent to a declaratory judgment declaring priority of the three liens is as follows:

First, the Metropolitan District Commission lien in the approximate amount of $4,925.56.

Second, HSBC's mortgage lien in the approximate amount of $32,671.09.

Third, the City's blight lien in the approximate amount of $57,908.00.

Respectfully submitted,

_____  _____  _____
Duly Authorized for the　　　Duly authorized for　　　　Duly authorized for the
City of Hartford　　　　　　Walter Hutton　　　　　　　Metropolitan District
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Commission

Cynthia Lauture, Esq.　　　Suzann Beckett, Esq.　　　Mitchell Levin, Esq.
Office of the Corporation　Beckett Law, LLC　　　　　Law Offices of Nair & Levin
Counsel　　　　　　　　　　　543 Prospect Avenue　　　　707 Bloomfield Avenue
550 Main Street　　　　　　Hartford, CT 06105　　　　Bloomfield, CT 06002
Hartford, CT 06103


_____
Duly Authorized for Ocwen
Loan Servicing, LLC

Michael Rozea, Esq.
Leopold & Associates, PLLC
80 Business Park Drive
Suite 1100
Armonk, NY 10504

5